## INVOICE SUMMARY

| A<br>Invoice No. | B<br>Invoice Date | C<br>Due Date | D<br>Amount | F<br>Payments/Credits | E<br>Balance |
|---|---|---|---|---|---|
| 1152680 | 05/10/16 | 06/09/16 | $2,984.50 | | $2,984.50 |
| 1155660 | 05/24/16 | 06/23/16 | $11,467.72 | | $11,467.72 |
| 1155866 | 05/25/16 | 06/24/16 | $499.00 | | $499.00 |
| 1156975 | 05/31/16 | 06/30/16 | $7,347.27 | | $7,347.27 |
| 1159959 | 06/14/16 | 07/14/16 | $4,782.32 | | $4,782.32 |
| 1160261 | 06/15/16 | 07/15/16 | $660.21 | | $660.21 |
| 1160276 | 06/15/16 | 07/15/16 | $682.97 | | $682.97 |
| 1163006 | 06/28/16 | 07/28/16 | $1,201.73 | | $1,201.73 |
| 1163051 | 06/28/16 | 07/28/16 | $9,097.60 | | $9,097.60 |
| 1164240 | 07/05/16 | 08/04/16 | $7,184.52 | | $7,184.52 |
| 1167317 | 07/19/16 | 08/18/16 | $4,178.94 | | $4,178.94 |
| 1167582 | 07/20/16 | 08/19/16 | $1,202.13 | | $1,202.13 |
| 1171669 | 08/09/16 | 09/08/16 | $15,571.48 | | $15,571.48 |
| 1173160 | 08/16/16 | 09/15/16 | $10,042.12 | | $10,042.12 |
| 1006289 | 08/23/16 | | | -$6,105.63 | -$6,105.63 |
| 1175981 | 08/30/16 | 09/29/16 | $5,616.89 | | $5,616.89 |
| 1175983 | 08/30/16 | 09/29/16 | $1,201.73 | | $1,201.73 |
| 1177227 | 09/06/16 | 10/06/16 | $7,202.54 | | $7,202.54 |
| 1180328 | 09/20/16 | 10/20/16 | $8,187.88 | | $8,187.88 |
| 1180422 | 09/21/16 | 10/21/16 | $717.44 | | $717.44 |
| 1183386 | 10/04/16 | 11/03/16 | $8,699.33 | | $8,699.33 |
| 1183426 | 10/05/16 | 11/04/16 | $238.03 | | $238.03 |
| 1183630 | 10/05/16 | 11/04/16 | $1,124.55 | | $1,124.55 |
| 1186664 | 10/18/16 | 11/17/16 | $6,373.15 | | $6,373.15 |
| 1186872 | 10/19/16 | 11/18/16 | $249.50 | | $249.50 |
| 1006881 | 11/09/16 | | | -$642.11 | -$642.11 |
| **TOTAL** | | | **$116,513.55** | **-$6,747.74** | **$109,765.81** |

EXHIBIT

A