

**NB** *Nutrition Compliance*

**NUTRA BLEND BRANDS**

NUTRA BLEND : NEOSHO, MO
          MADERA, CA
OLD MILL TROY : NORTH TROY, VT

**Remit To :**

NUTRA BLEND, LLC
PO BOX 202619
DALLAS, TX 75320-2619

# Invoice

| | |
|---|---|
| Date | 5/10/2016 |
| Invoice # | 1152680 |
| Account Number | 1317783 |
| Terms | _Net 30 |
| Due Date | 6/9/2016 |
| Cust Order # | 0509 |
| Ship Date | 5/9/2016 |
| Carrier | NB Truck |
| Order Number | |
| Disc. Due Date | Sales Order #3179034 |
| Disc. Amt. | |

**Bill To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

**Ship To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

Location: Total Premix : Midwest : Cedar Falls (Standard)

| Description | Pkg Size | Pkg Type | Quantity | Un. | Unit Price | Amount |
|---|---|---|---|---|---|---|
| SELENIUM .9999% (368I) | 50 | Bags | 500 | LB | 0.49 | 245.00 |
| IRON SULFATE 30% (317I) | 50 | Bags | 2,000 | LB | 0.25 | 500.00 |
| XP YEAST CULTURE (119I) | 50 | Bags | 2,000 | LB | 0.395 | 790.00 |
| COPPER SULF 25% (309I) | 50 | Bags | 1,000 | LB | 0.85 | 850.00 |
| MAGNESIUM SULFATE (252I) | 50 | Bags | 2,200 | LB | 0.241 | 530.20 |
| Fuel Surcharge | | | 7,700 | LB | 0.009 | 69.30 |

**Total**      $2,984.50

NB (417)451-6111 OMT (802)988-4474 TPI (559)661-6161

**EXHIBIT**

**B**

NUTRA BLEND, LLC
3200 EAST SECOND STREET
NEOSHO, MO 64850

**NB**
*Knowledge & Confidence*

**NUTRA BLEND BRANDS**

NUTRA BLEND : NEOSHO, MO
MADERA, CA
OLD MILL TROY : NORTH TROY, VT

**Remit To :**

NUTRA BLEND, LLC
PO BOX 202619
DALLAS, TX 75320-2619

# Invoice

| | |
|---|---|
| **Date** | 5/24/2016 |
| **Invoice #** | 1155660 |
| **Account Number** | 1317783 |
| **Terms** | _Net 30 |
| **Due Date** | 6/23/2016 |
| **Cust Order #** | Cornie |
| **Ship Date** | 5/23/2016 |
| **Carrier** | LTL-Best Way |
| **Order Number** | |
| **Disc. Due Date** | Sales Order #3181886 |
| **Disc. Amt.** | |

**Bill To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

**Ship To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

Location: Total Premix : Midwest : Neosho

| Description | Pkg Size | Pkg Type | Quantity | Un. | Unit Price | Amount |
|---|---|---|---|---|---|---|
| USA LYSINE DRY (M307-55) | 55.1 | Bags | 661.2 | LB | 3.157 | 2,087.41 |
| INTEGRAL A+ (M819-55) | 55.1 | Bags | 1,102 | LB | 2.76 | 3,041.52 |
| CHLORMAX 50 (0051) | 50 | Bags | 600 | LB | 1.51 | 906.00 |
| ENERGY BOOSTER 100, 50 LB BAG (180I) | 50 | Bags | 2,000 | LB | 0.682 | 1,364.00 |
| XP YEAST CULTURE (119I) | 50 | Bags | 2,000 | LB | 0.395 | 790.00 |
| KEYSHURE ZINC 15% (377I-55) | 55.1 | Bags | 220.4 | LB | 1.85 | 407.74 |
| MONOPHOS/MONOAMMONIUM PHS (352I) | 50 | Bags | 2,000 | LB | 0.595 | 1,190.00 |
| BIOTIN 1% (221I) | 50 | Bags | 200 | LB | 2.57 | 514.00 |
| BLOOD MEAL 85% (141I) | 50 | Bags | 2,000 | LB | 0.535 | 1,070.00 |
| Fuel Surcharge | | | 10,783.6 | LB | 0.009 | 97.05 |

**Total**     $11,467.72

NB (417)451-6111 OMT (802)988-4474 TPI (559)661-6161

NUTRA BLEND, LLC
3200 EAST SECOND STREET
NEOSHO, MO 64850

**NB**

**NUTRA BLEND BRANDS**

NUTRA BLEND : NEOSHO, MO
                          MADERA, CA
OLD MILL TROY : NORTH TROY, VT

Remit To :

NUTRA BLEND, LLC
PO BOX 202619
DALLAS, TX 75320-2619

# Invoice

| | |
|---|---|
| **Date** | 5/25/2016 |
| **Invoice #** | 1155866 |
| **Account Number** | 1317783 |
| **Terms** | _Net 30 |
| **Due Date** | 6/24/2016 |
| **Cust Order #** | Cornie |
| **Ship Date** | 5/24/2016 |
| **Carrier** | LTL-Best Way |
| **Order Number** | |
| **Disc. Due Date** | Sales Order #3181886 |
| **Disc. Amt.** | |

**Bill To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

**Ship To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

Location: Total Premix : Midwest : Neosho

| Description | Pkg Size | Pkg Type | Quantity | Un... | Unit Price | Amount |
|---|---|---|---|---|---|---|
| MANGANESE SULFATE 32% (307I) | 50 | Bags | 1,000 | LB | 0.49 | 490.00 |
| Fuel Surcharge | | | 1,000 | LB | 0.009 | 9.00 |

**Total**     $499.00

NB (417)451-6111 OMT (802)988-4474 TPI (559)661-6161

NUTRA BLEND, LLC
3200 EAST SECOND STREET
NEOSHO, MO 64850

**NB**

*NUTRA BLEND BRANDS*

NUTRA BLEND : NEOSHO, MO
          MADERA, CA
OLD MILL TROY : NORTH TROY, VT

**Remit To :**

NUTRA BLEND, LLC
PO BOX 202619
DALLAS, TX 75320-2619

# Invoice

| | |
|---|---|
| Date | 5/31/2016 |
| Invoice # | 1156975 |
| Account Number | 1317783 |
| Terms | _Net 30 |
| Due Date | 6/30/2016 |
| Cust Order # | Cornie |
| Ship Date | 5/27/2016 |
| Carrier | NB Truck |
| Order Number | |
| Disc. Due Date | Sales Order #3183178 |
| Disc. Amt. | |

**Bill To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

**Ship To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

Location: Total Premix : Midwest : Cedar Falls (Standard)

| Description | Pkg Size | Pkg Type | Quantity | Un... | Unit Price | Amount |
|---|---|---|---|---|---|---|
| SUPPLI-MATE/K-MG SULFATE (359l) | 50 | Bags | 5,000 | LB | 0.317 | 1,585.00 |
| DYNA-K (RED) (874l) | 50 | Bags | 2,500 | LB | 0.337 | 842.50 |
| BIOTIN 1% (221l) | 50 | Bags | 200 | LB | 2.57 | 514.00 |
| XP YEAST CULTURE (119l) | 50 | Bags | 2,000 | LB | 0.395 | 790.00 |
| CLARIFLY 0.67% (497l) | 50 | Bags | 500 | LB | 2.04 | 1,020.00 |
| USA LYSINE DRY (M307-55) | 55.1 | Bags | 551 | LB | 3.157 | 1,739.51 |
| CHLORMAX 50 (0051) | 50 | Bags | 500 | LB | 1.51 | 755.00 |
| Fuel Surcharge | | | 11,251 | LB | 0.009 | 101.26 |

**Total**      $7,347.27

NB (417)451-6111 OMT (802)988-4474 TPI (559)661-6161

NUTRA BLEND, LLC
3200 EAST SECOND STREET
NEOSHO, MO 64850

**NB**

NUTRA BLEND BRANDS

NUTRA BLEND : NEOSHO, MO
 MADERA, CA
OLD MILL TROY : NORTH TROY, VT

**Remit To :**

NUTRA BLEND, LLC
PO BOX 202619
DALLAS, TX 75320-2619

# Invoice

| | |
|---|---|
| **Date** | 6/14/2016 |
| **Invoice #** | 1159959 |
| **Account Number** | 1317783 |
| **Terms** | _Net 30 |
| **Due Date** | 7/14/2016 |
| **Cust Order #** | Cornie |
| **Ship Date** | 6/13/2016 |
| **Carrier** | LTL-Best Way |
| **Order Number** | |
| **Disc. Due Date** | Sales Order #3185991 |
| **Disc. Amt.** | |

**Bill To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

**Ship To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

Location: Total Premix : Midwest : Neosho

| Description | Pkg Size | Pkg Type | Quantity | Un.. | Unit Price | Amount |
|---|---|---|---|---|---|---|
| XP YEAST CULTURE (119I) | 50 | Bags | 4,000 | LB | 0.395 | 1,580.00 |
| 4 PLEX CONCENTRATE (755I-55) | 55.1 | Bags | 275.5 | LB | 3.32 | 914.66 |
| VITAMIN D3 500 S/D (235I-55) | 55.1 | Bags | 55.1 | LB | 9.10 | 501.41 |
| VITAMIN E 50% (203I-55) | 55.1 | Bags | 330.6 | LB | 4.34 | 1,434.80 |
| ALFALFA MEAL (104I) | 50 | Bags | 250 | LB | 0.231 | 57.75 |
| SELENIUM .9999% (368I) | 50 | Bags | 500 | LB | 0.49 | 245.00 |
| Fuel Surcharge | | | 5,411.2 | LB | 0.009 | 48.70 |

**Total** $4,782.32

NB (417)451-6111 OMT (802)988-4474 TPI (559)661-6161

NUTRA BLEND, LLC
3200 EAST SECOND STREET
NEOSHO, MO 64850

**NB**
*providing a competitive advantage*

**NUTRA BLEND BRANDS**

NUTRA BLEND : NEOSHO, MO
          MADERA, CA
OLD MILL TROY : NORTH TROY, VT

**Remit To :**

NUTRA BLEND, LLC
PO BOX 202619
DALLAS, TX 75320-2619

# Invoice

| | |
|---|---|
| **Date** | 6/15/2016 |
| **Invoice #** | 1160261 |
| **Account Number** | 1317783 |
| **Terms** | _Net 30 |
| **Due Date** | 7/15/2016 |
| **Cust Order #** | Cornie |
| **Ship Date** | 6/14/2016 |
| **Carrier** | UPS |
| **Order Number** | |
| **Disc. Due Date** | Sales Order #3185996 |
| **Disc. Amt.** | |

**Bill To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

**Ship To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

Location: Total Premix : Midwest : Neosho

| Description | Pkg Size | Pkg Type | Quantity | Un... | Unit Price | Amount |
|---|---|---|---|---|---|---|
| CALCIUM IODATE 63.5% (315I-55) | 55.1 | Bags | 55.1 | LB | 11.982 | 660.21 |

**Total**      $660.21

NB (417)451-6111 OMT (802)988-4474 TPI (559)661-6161

NUTRA BLEND, LLC
3200 EAST SECOND STREET
NEOSHO, MO 64850

**NB**

*molding excellence*

**NUTRA BLEND BRANDS**

# Invoice

NUTRA BLEND : NEOSHO, MO
                MADERA, CA
OLD MILL TROY : NORTH TROY, VT

| | |
|---|---|
| Date | 6/15/2016 |
| Invoice # | 1160276 |
| Account Number | 1317783 |
| Terms | _Net 30 |
| Due Date | 7/15/2016 |
| Cust Order # | Cornie |
| Ship Date | 6/14/2016 |
| Carrier | LTL-Best Way |
| Order Number | Sales Order #3185991 |
| Disc. Due Date | |
| Disc. Amt. | |

**Bill To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

**Ship To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

Location: Total Premix : Midwest : Neosho

| Description | Pkg Size | Pkg Type | Quantity | Un... | Unit Price | Amount |
|---|---|---|---|---|---|---|
| SEL-PLEX 2000 (7821-55) | 55.1 | Bags | 275.5 | LB | 2.47 | 680.49 |
| Fuel Surcharge | | | 275.5 | LB | 0.009 | 2.48 |

**Total**      **$682.97**

NUTRA BLEND, LLC
3200 EAST SECOND STREET
NEOSHO, MO 64850

**NB**
*Providing Confidence*

**NUTRA BLEND BRANDS**

NUTRA BLEND : NEOSHO, MO
              MADERA, CA
OLD MILL TROY : NORTH TROY, VT

**Remit To :**

NUTRA BLEND, LLC
PO BOX 202619
DALLAS, TX 75320-2619

# Invoice

| | |
|---|---|
| Date | 6/28/2016 |
| Invoice # | 1163006 |
| Account Number | 1317783 |
| Terms | _Net 30 |
| Due Date | 7/28/2016 |
| Cust Order # | CORNIE |
| Ship Date | 6/27/2016 |
| Carrier | UPS |
| Order Number | |
| Disc. Due Date | Sales Order #3188846 |
| Disc. Amt. | |

**Bill To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

**Ship To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

Location: Total Premix : Midwest : Neosho

| Description | Pkg Size | Pkg Type | Quantity | Un... | Unit Price | Amount |
|---|---|---|---|---|---|---|
| VITAMIN A 1000 (255I-44) | 44.1 | Bags | 44.1 | LB | 27.25 | 1,201.73 |

**Total**      $1,201.73

NB (417)451-6111 OMT (802)988-4474 TPI (559)661-6161

NUTRA BLEND, LLC
3200 EAST SECOND STREET
NEOSHO, MO 64850

**NB**

NUTRA BLEND BRANDS

NUTRA BLEND : NEOSHO, MO
                  MADERA, CA
OLD MILL TROY : NORTH TROY, VT

**Remit To :**

NUTRA BLEND, LLC
PO BOX 202619
DALLAS, TX 75320-2619

# Invoice

| | |
|---|---|
| Date | 6/28/2016 |
| Invoice # | 1163051 |
| Account Number | 1317783 |
| Terms | _Net 30 |
| Due Date | 7/28/2016 |
| Cust Order # | CORNIE |
| Ship Date | 6/27/2016 |
| Carrier | NB Truck |
| Order Number | Sales Order #3188844 |
| Disc. Due Date | |
| Disc. Amt. | |

**Bill To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

**Ship To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

Location: Total Premix : Midwest : Cedar Falls (Standard)

| Description | Pkg Size | Pkg Type | Quantity | Un... | Unit Price | Amount |
|---|---|---|---|---|---|---|
| SUPPLI-MATE/K-MG SULFATE (359I) | 50 | Bags | 2,500 | LB | 0.317 | 792.50 |
| INTEGRAL A+ (M819-55) | 55.1 | Bags | 1,102 | LB | 2.76 | 3,041.52 |
| BOVATEC 91 (482I) | 50 | Bags | 200 | LB | 8.97 | 1,794.00 |
| VITAMIN E 50% (203I-55) | 55.1 | Bags | 440.8 | LB | 4.74 | 2,089.39 |
| ENERGY BOOSTER 100, 50 LB BAG (180I) | 50 | Bags | 2,000 | LB | 0.662 | 1,324.00 |
| Fuel Surcharge | | | 6,242.8 | LB | 0.009 | 56.19 |

**Total** $9,097.60

NB (417)451-6111 OMT (802)988-4474 TPI (559)661-6161

NUTRA BLEND, LLC
3200 EAST SECOND STREET
NEOSHO, MO 64850

# Invoice

**NUTRA BLEND BRANDS**

NUTRA BLEND : NEOSHO, MO
      MADERA, CA
OLD MILL TROY : NORTH TROY, VT

**Remit To :**

NUTRA BLEND, LLC
PO BOX 202619
DALLAS, TX 75320-2619

**Bill To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

**Ship To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

| | |
|---|---|
| Date | 7/5/2016 |
| Invoice # | 1164240 |
| Account Number | 1317783 |
| Terms | _Net 30 |
| Due Date | 8/4/2016 |
| Cust Order # | Cornie |
| Ship Date | 7/1/2016 |
| Carrier | NB Truck |
| Order Number | |
| Disc. Due Date | Sales Order #3190087 |
| Disc. Amt. | |

**Location: Total Premix : Midwest : Cedar Falls (Standard)**

| Description | Pkg Size | Pkg Type | Quantity | Un... | Unit Price | Amount |
|---|---|---|---|---|---|---|
| SOYCHLOR (495I) | 50 | Bags | 2,000 | LB | 0.288 | 576.00 |
| RED IRON OXIDE (300I) | 50 | Bags | 100 | LB | 0.30 | 30.00 |
| CLARIFLY 0.67% (497I) | 50 | Bags | 600 | LB | 2.04 | 1,224.00 |
| BIO MOS (116I-55) | 55.1 | Bags | 1,102 | LB | 2.00 | 2,204.00 |
| RUMENSIN 90 (442I-55) | 55.1 | Bags | 220.4 | LB | 9.06 | 1,996.82 |
| ANIMATE (613I) | 50 | Bags | 500 | LB | 0.61 | 305.00 |
| XP YEAST CULTURE (119I) | 50 | Bags | 2,000 | LB | 0.395 | 790.00 |
| Fuel Surcharge | | | 6,522.4 | LB | 0.009 | 58.70 |

**Total**    $7,184.52

NB (417)451-6111 OMT (802)988-4474 TPI (559)661-6161

NUTRA BLEND, LLC
3200 EAST SECOND STREET
NEOSHO, MO 64850

**NB**
*providing excellence*

**NUTRA BLEND BRANDS**

NUTRA BLEND : NEOSHO, MO
MADERA, CA
OLD MILL TROY : NORTH TROY, VT

**Remit To :**

NUTRA BLEND, LLC
PO BOX 202619
DALLAS, TX 75320-2619

# Invoice

| | |
|---|---|
| **Date** | 7/19/2016 |
| **Invoice #** | 1167317 |
| **Account Number** | 1317783 |
| **Terms** | _Net 30 |
| **Due Date** | 8/18/2016 |
| **Cust Order #** | |
| **Ship Date** | 7/18/2016 |
| **Carrier** | UPS |
| **Order Number** | Cornie |
| **Disc. Due Date** | Sales Order #3192955 |
| **Disc. Amt.** | |

**Bill To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

**Ship To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

Location: Total Premix : Midwest : Neosho

| Description | Pkg Size | Pkg Type | Quantity | Un... | Unit Price | Amount |
|---|---|---|---|---|---|---|
| MAGNESIUM SULFATE 9.8% (252I) | 50 | Bags | 2,200 | LB | 0.241 | 530.20 |
| COPPER SULF 25% (309I) | 50 | Bags | 1,000 | LB | 0.84 | 840.00 |
| BIOTIN 1% (221I) | 50 | Bags | 200 | LB | 2.57 | 514.00 |
| XP YEAST CULTURE (119I) | 50 | Bags | 2,000 | LB | 0.395 | 790.00 |
| 4 PLEX CONCENTRATE (755I-55) | 55.1 | Bags | 275.5 | LB | 3.32 | 914.66 |
| MANGANOUS OXIDE 60% (308I) | 50 | Bags | 1,000 | LB | 0.53 | 530.00 |
| Fuel Surcharge | | | 6,675.5 | LB | 0.009 | 60.08 |

**Total** $4,178.94

NB (417)451-6111 OMT (802)988-4474 TPI (559)661-6161

NUTRA BLEND, LLC
3200 EAST SECOND STREET
NEOSHO, MO 64850

**NB**

NutraBlendBrands

**NUTRA BLEND BRANDS**

NUTRA BLEND : NEOSHO, MO
MADERA, CA
OLD MILL TROY : NORTH TROY, VT

**Remit To :**
NUTRA BLEND, LLC
PO BOX 202619
DALLAS, TX 75320-2619

# Invoice

**Bill To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

**Ship To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

| | |
|---|---|
| Date | 7/20/2016 |
| Invoice # | 1167582 |
| Account Number | 1317783 |
| Terms | _Net 30 |
| Due Date | 8/19/2016 |
| Cust Order # | Cornie |
| Ship Date | 7/19/2016 |
| Carrier | UPS |
| Order Number | Sales Order #3192955 |
| Disc. Due Date | |
| Disc. Amt. | |

Location: Total Premix : Midwest : Neosho

| Description | Pkg Size | Pkg Type | Quantity | Un... | Unit Price | Amount |
|---|---|---|---|---|---|---|
| VITAMIN A 1000 (255I-44) | 44.1 | Bags | 44.1 | LB | 27.25 | 1,201.73 |
| Fuel Surcharge | | | 44.1 | LB | 0.009 | 0.40 |

**Total** $1,202.13

NB (417)451-6111 OMT (802)988-4474 TPI (559)661-6161

NUTRA BLEND, LLC
3200 EAST SECOND STREET
NEOSHO, MO 64850



**NUTRA BLEND BRANDS**

NUTRA BLEND : NEOSHO, MO
           MADERA, CA
OLD MILL TROY : NORTH TROY, VT

*Remit To*

NUTRA BLEND, LLC
PO BOX 202619
DALLAS, TX 75320-2619

# Invoice

| | |
|---|---|
| **Date** | 8/9/2016 |
| **Invoice #** | 1171669 |
| **Account Number** | 1317783 |
| **Terms** | _Net 30 |
| **Due Date** | 9/8/2016 |
| **Cust Order #** | Cornie |
| **Ship Date** | 8/8/2016 |
| **Carrier** | NB Truck |
| **Order Number** | Sales Order #3197045 |
| **Disc. Due Date** | |
| **Disc. Amt.** | |

**Bill To**

ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

**Ship To**

ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

Location: Total Premix : Midwest : Cedar Falls (Standard)

| Item | Quantity | Units | Description | Unit Price | Amount | Pkg Type |
|---|---|---|---|---|---|---|
| AMAFERM | 300 | LB | AMAFERM (275I) | 6.35 | 1,905.00 | Bags |
| SEL-PLEX 2000 | 275.5 | LB | SEL-PLEX 2000 (782I-55) | 2.47 | 680.49 | Bags |
| COPPER SULF 25% | 1,000 | LB | COPPER SULF 25% (309I) | 0.86 | 860.00 | Bags |
| ZINC SULFATE 35.5% | 1,000 | LB | ZINC SULFATE 35.5% (311I) | 0.491 | 491.00 | Bags |
| BLOOD MEAL 85% | 2,000 | LB | BLOOD MEAL 85% (141I) | 0.519 | 1,038.00 | Bags |
| 4 PLEX CONCENTRATE | 275.5 | LB | 4 PLEX CONCENTRATE (755I-55) | 3.32 | 914.66 | Bags |
| BOVATEC 91 | 200 | LB | BOVATEC 91 (482I) | 8.97 | 1,794.00 | Bags |
| DYNA-K (RED) | 2,500 | LB | DYNA-K (RED) (874I) | 0.337 | 842.50 | Bags |
| USA LYSINE DRY | 2,204 | LB | USA LYSINE DRY (M307-55) | 3.157 | 6,958.03 | Bags |
| Fuel Surcharge | 9,755 | LB | Fuel Surcharge | 0.009 | 87.80 | |

**Total**      $15,571.48

THANK YOU FOR YOUR BUSINESS! ASK YOUR CUSTOMER SERVICE



**NUTRA BLEND BRANDS**

NUTRA BLEND : NEOSHO, MO
            MADERA, CA
OLD MILL TROY : NORTH TROY, VT

*Remit To*

NUTRA BLEND, LLC
PO BOX 202619
DALLAS, TX 75320-2619

# Invoice

| | |
|---|---|
| Date | 8/16/2016 |
| Invoice # | 1173160 |
| Account Number | 1317783 |
| Terms | _Net 30 |
| Due Date | 9/15/2016 |
| Cust Order # | CORNIE |
| Ship Date | 8/15/2016 |
| Carrier | NB Truck |
| Order Number | |
| Disc. Due Date | Sales Order #3198397 |
| Disc. Amt. | |

**Bill To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

**Ship To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

Location: Total Premix : Midwest : Cedar Falls (Standard)

| Item | Quantity | Units | Description | Unit Price | Amount | Pkg Type |
|---|---|---|---|---|---|---|
| SOYCHLOR | 2,000 | LB | SOYCHLOR (495I) | 0.288 | 576.00 | Bags |
| ANIMATE | 500 | LB | ANIMATE (613I) | 0.61 | 305.00 | Bags |
| INTEGRAL A+ | 1,102 | LB | INTEGRAL A+ (M819-55) | 2.76 | 3,041.52 | Bags |
| ENERGY BOOSTER 100, 50 LB BAG | 2,000 | LB | ENERGY BOOSTER 100, 50 LB BAG (180I) | 0.672 | 1,344.00 | Bags |
| CLARIFLY 0.67% | 400 | LB | CLARIFLY 0.67% (497I) | 2.04 | 816.00 | Bags |
| SELENIUM .9999% | 500 | LB | SELENIUM .9999% (368I) | 0.47 | 235.00 | Bags |
| NIASHURE | 176.4 | LB | NIASHURE (286I-44) | 7.629 | 1,345.76 | Bags |
| EDDI 9.2% PREMIX | 300 | LB | EDDI 9.2% PREMIX (8016) | 1.33 | 399.00 | Bags |
| VITAMIN E 50% | 440.8 | LB | VITAMIN E 50% (203I-55) | 4.34 | 1,913.07 | Bags |
| Fuel Surcharge | 7,419.2 | LB | Fuel Surcharge | 0.009 | 66.77 | |

**Total**      $10,042.12

THANK YOU FOR YOUR BUSINESS! ASK YOUR CUSTOMER SERVICE



**Remit To :**
NUTRA BLEND, LLC
PO BOX 202619
DALLAS, TX 75320-2619

# Credit Memo

| | |
|---|---|
| **Date** | 8/23/2016 |
| **Credit #** | 1006289 |
| **Account Number** | 1317783 |
| **PO #** | |
| **Memo** | Cornie |
| **Carrier** | SO# 3197045 |
| **Created From** | NB Truck |
| | Return Authorization #... |

**Bill To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

**Ship To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

Location: Total Premix : Midwest : Cedar Falls (Standard)

| Item | Quantity | Um | Description | Unit Price | Amount | Pkg Size | Package |
|---|---|---|---|---|---|---|---|
| USA LYSINE DRY | 1,928.5 | LB | USA LYSINE DRY (M307-55) | 3.157 | 6,088.27 | 55.1 | Bags |
| Fuel Surcharge | 1,928.5 | LB | Fuel Surcharge | 0.009 | 17.36 | | |

**Total**  $6,105.63

NB (417)451-6111

NUTRA BLEND, LLC
3200 EAST SECOND STREET
NEOSHO, MO 64850

ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

**NB**
*Knowledge. Experience.*

**NUTRA BLEND BRANDS**

NUTRA BLEND : NEOSHO, MO
           MADERA, CA
OLD MILL TROY : NORTH TROY, VT

*Remit To*

NUTRA BLEND, LLC
PO BOX 202619
DALLAS, TX 75320-2619

# Invoice

| | |
|---|---|
| **Date** | 8/30/2016 |
| **Invoice #** | 1175981 |
| **Account Number** | 1317783 |
| **Terms** | _Net 30 |
| **Due Date** | 9/29/2016 |
| **Cust Order #** | CORNIE |
| **Ship Date** | 8/29/2016 |
| **Carrier** | NB Truck |
| **Order Number** | Sales Order #3201063 |
| **Disc. Due Date** | |
| **Disc. Amt.** | |

**Bill To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

**Ship To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

Location: Total Premix : Midwest : Cedar Falls (Standard)

| Item | Quantity | Units | Description | Unit Price | Amount | Pkg Type |
|---|---|---|---|---|---|---|
| MONOPHOS/MONOAMMONIUM PHS | 2,100 | LB | MONOPHOS/MONOAMMONIUM PHS (352I) | 0.595 | 1,249.50 | Bags |
| BOVATEC 91 | 200 | LB | BOVATEC 91 (482I) | 8.97 | 1,794.00 | Bags |
| 4 PLEX CONCENTRATE | 275.5 | LB | 4 PLEX CONCENTRATE (755I-55) | 3.32 | 914.66 | Bags |
| ZINPRO 120 | 110.2 | LB | ZINPRO 120 (M429-55) | 2.80 | 308.56 | Bags |
| IRON SULFATE 30% | 2,000 | LB | IRON SULFATE 30% (317I) | 0.25 | 500.00 | Bags |
| XP YEAST CULTURE | 2,000 | LB | XP YEAST CULTURE (119I) | 0.395 | 790.00 | Bags |
| Fuel Surcharge | 6,685.7 | LB | Fuel Surcharge | 0.009 | 60.17 | |

**Total**      $5,616.89

THANK YOU FOR YOUR BUSINESS! ASK YOUR CUSTOMER SERVICE



NUTRA BLEND BRANDS

NUTRA BLEND : NEOSHO, MO
              MADERA, CA
OLD MILL TROY : NORTH TROY, VT

*Remit To*

NUTRA BLEND, LLC
PO BOX 202619
DALLAS, TX 75320-2619

# Invoice

| | |
|---|---|
| **Date** | 8/30/2016 |
| **Invoice #** | 1175983 |
| **Account Number** | 1317783 |
| **Terms** | _Net 30 |
| **Due Date** | 9/29/2016 |
| **Cust Order #** | CORNIE |
| **Ship Date** | 8/29/2016 |
| **Carrier** | UPS |
| **Order Number** | |
| **Disc. Due Date** | Sales Order #3201066 |
| **Disc. Amt.** | |

**Bill To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

**Ship To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

Location: Total Premix : Midwest : Neosho

| Item | Quantity | Units | Description | Unit Price | Amount | Pkg Type |
|---|---|---|---|---|---|---|
| VITAMIN A 1000 | 44.1 | LB | VITAMIN A 1000 (255I-44) | 27.25 | 1,201.73 | Bags |

**Total**      $1,201.73

THANK YOU FOR YOUR BUSINESS! ASK YOUR CUSTOMER SERVICE



NUTRA BLEND BRANDS

NUTRA BLEND : NEOSHO, MO
MADERA, CA
OLD MILL TROY : NORTH TROY, VT

**Remit To**

NUTRA BLEND, LLC
PO BOX 202619
DALLAS, TX 75320-2619

# Invoice

| | |
|---|---|
| **Date** | 9/6/2016 |
| **Invoice #** | 1177227 |
| **Account Number** | 1317783 |
| **Terms** | _Net 30 |
| **Due Date** | 10/6/2016 |
| **Cust Order #** | Cornie 09/01/16 |
| **Ship Date** | 9/2/2016 |
| **Carrier** | NB Truck |
| **Order Number** | |
| **Disc. Due Date** | Sales Order #3202320 |
| **Disc. Amt.** | |

**Bill To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

**Ship To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

Location: Total Premix : Midwest : Cedar Falls (Standard)

| Item | Quantity | Units | Description | Unit Price | Amount | Pkg Type |
|---|---|---|---|---|---|---|
| INTEGRAL A+ | 1,102 | LB | INTEGRAL A+ (M819-55) | 2.76 | 3,041.52 | Bags |
| RUMENSIN 90 | 220.4 | LB | RUMENSIN 90 (442I-55) | 9.06 | 1,996.82 | Bags |
| SOYCHLOR | 2,000 | LB | SOYCHLOR (495I) | 0.288 | 576.00 | Bags |
| XP YEAST CULTURE | 2,000 | LB | XP YEAST CULTURE (119I) | 0.395 | 790.00 | Bags |
| SELENIUM .9999% | 500 | LB | SELENIUM .9999% (368I) | 0.46 | 230.00 | Bags |
| BIOTIN 1% | 200 | LB | BIOTIN 1% (221I) | 2.57 | 514.00 | Bags |
| Fuel Surcharge | 6,022.4 | LB | Fuel Surcharge | 0.009 | 54.20 | |

**Total**     $7,202.54

THANK YOU FOR YOUR BUSINESS! ASK YOUR CUSTOMER SERVICE



**NUTRA BLEND BRANDS**

NUTRA BLEND : NEOSHO, MO
           MADERA, CA
OLD MILL TROY : NORTH TROY, VT

*Remit To*

NUTRA BLEND, LLC
PO BOX 202619
DALLAS, TX 75320-2619

# Invoice

| | |
|---|---|
| **Date** | 9/20/2016 |
| **Invoice #** | 1180328 |
| **Account Number** | 1317783 |
| **Terms** | _Net 30 |
| **Due Date** | 10/20/2016 |
| **Cust Order #** | Cornie |
| **Ship Date** | 9/19/2016 |
| **Carrier** | NB Truck |
| **Order Number** | |
| **Disc. Due Date** | Sales Order #3205297 |
| **Disc. Amt.** | |

**Bill To**

ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

**Ship To**

ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

Location: Total Premix : Midwest : Cedar Falls (Standard)

| Item | Quantity | Units | Description | Unit Price | Amount | Pkg Type |
|---|---|---|---|---|---|---|
| XP YEAST CULTURE | 2,000 | LB | XP YEAST CULTURE (119I) | 0.395 | 790.00 | Bags |
| RUMENSIN 90 | 110.2 | LB | RUMENSIN 90 (442I-55) | 9.06 | 998.41 | Bags |
| INTEGRAL A+ | 1,102 | LB | INTEGRAL A+ (M819-55) | 2.76 | 3,041.52 | Bags |
| VITAMIN E 50% | 440.8 | LB | VITAMIN E 50% (203I-55) | 4.34 | 1,913.07 | Bags |
| ZINC OXIDE 72% | 1,000 | LB | ZINC OXIDE 72% (312I) | 0.864 | 864.00 | Bags |
| MANGANOUS OXIDE 60% | 1,000 | LB | MANGANOUS OXIDE 60% (308I) | 0.53 | 530.00 | Bags |
| Fuel Surcharge | 5,653 | LB | Fuel Surcharge | 0.009 | 50.88 | |

**Total**      $8,187.88

THANK YOU FOR YOUR BUSINESS! ASK YOUR CUSTOMER SERVICE



**NUTRA BLEND BRANDS**

NUTRA BLEND : NEOSHO, MO
          MADERA, CA
OLD MILL TROY : NORTH TROY, VT

*Remit To*

NUTRA BLEND, LLC
PO BOX 202619
DALLAS, TX 75320-2619

# Invoice

| | |
|---|---|
| **Date** | 9/21/2016 |
| **Invoice #** | 1180422 |
| **Account Number** | 1317783 |
| **Terms** | Net 30 |
| **Due Date** | 10/21/2016 |
| **Cust Order #** | Cornie |
| **Ship Date** | 9/20/2016 |
| **Carrier** | Direct |
| **Order Number** | Sales Order #3201299 |
| **Disc. Due Date** | |
| **Disc. Amt.** | |

**Bill To**

ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

**Ship To**

ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

Location: Total Premix : Midwest : Direct - Midwest

| Item | Quantity | Units | Description | Unit Price | Amount | Pkg Type |
|---|---|---|---|---|---|---|
| SODIUM MOLYBDATE (ALL SIZES) | 50 | LB | SODIUM MOLYBDATE (ALL SIZES) (464I) | 13.50 | 675.00 | Bags |
| LTL Freight | 1 | EA | LTL Freight | 42.44 | 42.44 | |

| | | |
|---|---|---|
| | **Total** | **$717.44** |

THANK YOU FOR YOUR BUSINESS! ASK YOUR CUSTOMER SERVICE



**NUTRA BLEND BRANDS**

NUTRA BLEND : NEOSHO, MO
MADERA, CA
OLD MILL TROY : NORTH TROY, VT

*Remit To*

NUTRA BLEND, LLC
PO BOX 202619
DALLAS, TX 75320-2619

# Invoice

| | |
|---|---|
| Date | 10/4/2016 |
| Invoice # | 1183386 |
| Account Number | 1317783 |
| Terms | _Net 30 |
| Due Date | 11/3/2016 |
| Cust Order # | CORNIE |
| Ship Date | 10/3/2016 |
| Carrier | NB Truck |
| Order Number | Sales Order #3208034 |
| Disc. Due Date | |
| Disc. Amt. | |

**Bill To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

**Ship To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

Location: Total Premix : Midwest : Cedar Falls (Standard)

| Item | Quantity | Units | Description | Unit Price | Amount | Pkg Type |
|---|---|---|---|---|---|---|
| AMAFERM | 200 | LB | AMAFERM (275I) | 6.35 | 1,270.00 | Bags |
| ENERGY BOOSTER 100, 50 LB BAG | 2,000 | LB | ENERGY BOOSTER 100, 50 LB BAG (180I) | 0.667 | 1,334.00 | Bags |
| 4 PLEX CONCENTRATE | 275.5 | LB | 4 PLEX CONCENTRATE (755I-55) | 3.32 | 914.66 | Bags |
| ZINC SULFATE 35.5% | 1,000 | LB | ZINC SULFATE 35.5% (311I) | 0.491 | 491.00 | Bags |
| COPPER SULF 25% | 1,000 | LB | COPPER SULF 25% (309I) | 0.85 | 850.00 | Bags |
| BIOTIN 1% | 150 | LB | BIOTIN 1% (221I) | 2.45 | 367.50 | Bags |
| BIO MOS | 1,102 | LB | BIO MOS (116I-55) | 2.00 | 2,204.00 | Bags |
| CHOLIPEARL | 165.3 | LB | CHOLIPEARL (883I-55) | 2.10 | 347.13 | Bags |
| ALFALFA MEAL | 250 | LB | ALFALFA MEAL (104I) | 0.231 | 57.75 | Bags |
| XP YEAST CULTURE | 2,000 | LB | XP YEAST CULTURE (119I) | 0.395 | 790.00 | Bags |
| Fuel Surcharge | 8,142.8 | | Fuel Surcharge | 0.009 | 73.29 | |

**Total**  $8,699.33

THANK YOU FOR YOUR BUSINESS! ASK YOUR CUSTOMER SERVICE

**NB**
NUTRA BLEND BRANDS

NUTRA BLEND : NEOSHO, MO
MADERA, CA
OLD MILL TROY : NORTH TROY, VT

*Remit To*
NUTRA BLEND, LLC
PO BOX 202619
DALLAS, TX 75320-2619

# Invoice

| | |
|---|---|
| Date | 10/5/2016 |
| Invoice # | 1183426 |
| Account Number | 1317783 |
| Terms | _Net 30 |
| Due Date | 11/4/2016 |
| Cust Order # | Cornie 09/01/16 |
| Ship Date | 10/4/2016 |
| Carrier | Direct |
| Order Number | Sales Order #3202318 |
| Disc. Due Date | |
| Disc. Amt. | |

**Bill To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

**Ship To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

Location: Total Premix : Midwest : Direct – Midwest

| Item | Quantity | Units | Description | Unit Price | Amount | Pkg Type |
|---|---|---|---|---|---|---|
| NATUPHOS E 10,000 G | 44.08 | LB | NATUPHOS E 10,000 G (245I-44) | 5.40 | 238.03 | Bags |

**Total**     $238.03

THANK YOU FOR YOUR BUSINESS! ASK YOUR CUSTOMER SERVICE



**NUTRA BLEND BRANDS**

NUTRA BLEND : NEOSHO, MO
            MADERA, CA
OLD MILL TROY : NORTH TROY, VT

*Remit To*

NUTRA BLEND, LLC
PO BOX 202619
DALLAS, TX 75320-2619

# Invoice

| | |
|---|---|
| **Date** | 10/5/2016 |
| **Invoice #** | 1183630 |
| **Account Number** | 1317783 |
| **Terms** | _Net 30 |
| **Due Date** | 11/4/2016 |
| **Cust Order #** | CORNIE |
| **Ship Date** | 10/3/2016 |
| **Carrier** | UPS |
| **Order Number** | |
| **Disc. Due Date** | Sales Order #3208035 |
| **Disc. Amt.** | |

**Bill To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

**Ship To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

Location: Total Premix : Midwest : Neosho

| Item | Quantity | Units | Description | Unit Price | Amount | Pkg Type |
|---|---|---|---|---|---|---|
| VITAMIN A 1000 | 44.1 | LB | VITAMIN A 1000 (2551-44) | 25.50 | 1,124.55 | Bags |

| | |
|---|---|
| **Total** | $1,124.55 |

THANK YOU FOR YOUR BUSINESS! ASK YOUR CUSTOMER SERVICE



NUTRA BLEND BRANDS

NUTRA BLEND : NEOSHO, MO
                     MADERA, CA
OLD MILL TROY : NORTH TROY, VT

**Remit To**

NUTRA BLEND, LLC
PO BOX 202619
DALLAS, TX 75320-2619

# Invoice

| | |
|---|---|
| **Date** | 10/18/2016 |
| **Invoice #** | 1186664 |
| **Account Number** | 1317783 |
| **Terms** | _Net 30 |
| **Due Date** | 11/17/2016 |
| **Cust Order #** | Cornie |
| **Ship Date** | 10/17/2016 |
| **Carrier** | LTL-Best Way |
| **Order Number** | |
| **Disc. Due Date** | Sales Order #3211050 |
| **Disc. Amt.** | |

**Bill To**

ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

**Ship To**

ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

Location: Total Premix : Midwest : Neosho

| Item | Quantity | Units | Description | Unit Price | Amount | Pkg Type |
|---|---|---|---|---|---|---|
| INTEGRAL A+ | 1,102 | LB | INTEGRAL A+ (M819-55) | 2.76 | 3,041.52 | Bags |
| SEL-PLEX 2000 | 275.5 | LB | SEL-PLEX 2000 (782I-55) | 2.47 | 680.49 | Bags |
| ANIMATE | 500 | LB | ANIMATE (613I) | 0.61 | 305.00 | Bags |
| COCCI CURB 10X | 300 | LB | COCCI CURB 10X (0110) | 0.954 | 286.20 | Bags |
| HI-ENERGY GOLD LIQUID | 400 | LB | HI-ENERGY GOLD LIQUID (606I-400) | 0.779 | 311.60 | Liquid |
| 4 PLEX CONCENTRATE | 275.5 | LB | 4 PLEX CONCENTRATE (755I-55) | 3.32 | 914.66 | Bags |
| XP YEAST CULTURE | 2,000 | LB | XP YEAST CULTURE (119I) | 0.395 | 790.00 | Bags |
| Fuel Surcharge | 4,853 | LB | Fuel Surcharge | 0.009 | 43.68 | |

**Total**      $6,373.15

THANK YOU FOR YOUR BUSINESS! ASK YOUR CUSTOMER SERVICE



**NUTRA BLEND BRANDS**

NUTRA BLEND : NEOSHO, MO
               MADERA, CA
OLD MILL TROY : NORTH TROY, VT

*Remit To*

NUTRA BLEND, LLC
PO BOX 202619
DALLAS, TX 75320-2619

# Invoice

| | |
|---|---|
| **Date** | 10/19/2016 |
| **Invoice #** | 1186872 |
| **Account Number** | 1317783 |
| **Terms** | _Net 30 |
| **Due Date** | 11/18/2016 |
| **Cust Order #** | Cornie |
| **Ship Date** | 10/18/2016 |
| **Carrier** | LTL-Best Way |
| **Order Number** | |
| **Disc. Due Date** | Sales Order #3211050 |
| **Disc. Amt.** | |

**Bill To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

**Ship To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

Location: Total Premix : Midwest : Neosho

| Item | Quantity | Units | Description | Unit Price | Amount | Pkg Type |
|---|---|---|---|---|---|---|
| SELENIUM .9999% | 500 | LB | SELENIUM .9999% (3681) | 0.49 | 245.00 | Bags |
| Fuel Surcharge | 500 | LB | Fuel Surcharge | 0.009 | 4.50 | |

**Total**     $249.50

THANK YOU FOR YOUR BUSINESS! ASK YOUR CUSTOMER SERVICE



**Remit To :**
NUTRA BLEND, LLC
PO BOX 202619
DALLAS, TX 75320-2619

# Credit Memo

| | |
|---|---|
| **Date** | 11/9/2016 |
| **Credit #** | 1006881 |
| **Account Number** | 1317783 |
| **PO #** | Cornie |
| **Memo** | SO# 3201299 |
| **Carrier** | Direct |
| **Created From** | Return Authorization #... |

**Bill To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

**Ship To**
ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230

Location: Total Premix : Midwest : Neosho

| Item | Quantity | Un... | Description | Unit Price | Amount | Pkg Size | Pkg Val |
|---|---|---|---|---|---|---|---|
| SODIUM MOLYBDATE (ALL SIZES) | 50 | LB | SODIUM MOLYBDATE (ALL SIZES) (464l) | 13.50 | 675.00 | 50 | Bags |
| FREIGHT ERROR (CREDIT) | (1) | LB | Freight Error  (credit) | 32.89 | (32.89) | | |

| | |
|---|---|
| **Total** | **$642.11** |

NB (417)451-6111

NUTRA BLEND, LLC
3200 EAST SECOND STREET
NEOSHO, MO 64850

ANIMAL NUTRITION
12804 DRIVE INN RD.
BREESE IL 62230